### Fred D. BROWN, Appellant
### v.
### UNITED STATES of America, Appellee.
### No. 12215.

United States Court of Appeals
District of Columbia Circuit.
Argued June 25, 1954.
Decided July 1, 1954.

Mr. William Beasley Harris, with whom Mr. Curtis P. Mitchell, Washington, D. C., was on the brief, for appellant.

Mr. Samuel J. L'Hommedieu, Jr., Asst. U. S. Atty., Washington, D. C., with whom Messrs. Leo A. Rover, U. S. Atty., and Lewis A. Carroll and Alfred Hantman, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee.

Before EDGERTON, WASHINGTON, and DANAHER, Circuit Judges.

**PER CURIAM.**

Appellant, convicted of possessing numbers slips, contends the warrant for

---

his arrest was issued without probable cause. We find no lack of probable cause and no error affecting substantial rights.

Affirmed.